# United States Bankruptcy Court
## District of Connecticut

In re  **True Debt Relief, LLC**                                    Case No.  **10-32651 lmw**
                            Debtor(s)                               Chapter   **7**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schgedule F**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

**Office of the U. S. Trustee**

**John J. O'Neil, Jr., Trustee**

**Michael p. Teodosio, Member**

Date: **November 4, 2010**            /s/ **Charles A. Eggert, Jr.**
                                      **Charles A. Eggert, Jr.**
                                      Attorney for Debtor(s)
                                      **Charles A. Eggert, Jr., Esq., LLC**
                                      **Nine Trumbull Street**
                                      **New Haven, CT 06511**
                                      **(203)772-1044 Fax:(203)865-0869**
                                      **caelaw@optonline.net**

B6F (Official Form 6F) (12/07)

In re **True Debt Relief, LLC**
                               Debtor

Case No. __10-32651 lmw__

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 1512  AT&T  PO Box 8110  Aurora, IL 60507-8110 | - | | 2009  Past Due Phone Bill | | X | | 135.45 |
| Account No.  Accord Creditor Services, LLC  PO Box 10003  Newnan, GA 30271 | | | Representing:  AT&T | | | | Notice Only |
| Account No. N/A  Carol Creto  38 Highwood Ave  Hamden, CT 06514 | - | | 2008/2009  Debt Relief Customer | | X | | 1.00 |
| Account No. | | | | | | | |

**0** continuation sheets attached

Subtotal (Total of this page)   **136.45**

Total (Report on Summary of Schedules)   **136.45**

## United States Bankruptcy Court
### District of Connecticut

In re   **True Debt Relief, LLC**                                    Case No.   **10-32651 lmw**
                                     Debtor(s)                        Chapter    **7**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Sole Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing document(s), consisting of **1** page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **November 4, 2010**          Signature   **/s/ Michael Teodosio**
                                                **Michael Teodosio**
                                                **Sole Member**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.